No. **CR-08 00473 JF RS**

FILED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

---

THE UNITED STATES OF AMERICA

vs.

XUE OU and GUO TAI WANG

## INDICTMENT

| | |
|---|---|
| **COUNTS ONE-FOUR:** | 18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods |
| **COUNTS FIVE-TWENTY:** | 18 U.S.C. §§ 2320(a) and 2 - Attempted Trafficking in Counterfeit Goods |
| **COUNT TWENTY-ONE:** | 18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments |

*A true bill.*

_____
*Foreperson*

Filed in open court this _16_ day of _July_

A.D. 200_8_

_____
*United States Magistrate Judge*

Bail. $ _Summons for 8/7/08 at 9:30 (PVT)_

DOCUMENT NO. 1

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 JUL 16 P 4:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,                )  No. CR-08 00473 JF
                                          )
        Plaintiff,                        )  VIOLATIONS: 18 U.S.C. § 2320(a) -
                                          )  Trafficking and Attempted Trafficking in
   v.                                     )  Counterfeit Goods; 18 U.S.C. §
                                          )  1956(a)(2)(A) - Laundering of Monetary
XUE OU, and                               )  Instruments; 18 U.S.C. §§ 2320(b)(3)(A)(i)
GUO TAI WANG,                             )  & (iii) - Criminal Forfeiture
                                          )
        Defendants.                       )  SAN JOSE VENUE
                                          )
                                          )

INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH FOUR: (18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods)

On or about October 1, 2005, in the Northern District of California, the defendant,

XUE OU,

did intentionally traffic and attempt to traffic in goods, to wit, by offering counterfeit trademarked merchandise, including handbags, for sale at the DeAnza Flea Market in Cupertino, California, and did knowingly use counterfeit marks on and in connection with such goods, to wit, "Louis Vuitton" and "Prada," among others, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which

INDICTMENT

marks was likely to cause confusion, and to cause mistake, as set forth in each of Counts One through Four, below:

| COUNT | COUNTERFEIT ITEM |
|---|---|
| One | Brown Louis Vuitton Handbag |
| Two | White Louis Vuitton Handbag |
| Three | White Louis Vuitton Wallet |
| Four | Red Prada Handbag |

All in violation of Title 18, United States Code, Section 2320(a).

<u>COUNTS FIVE THROUGH TWENTY</u>: (18 U.S.C. §§ 2320(a) and 2 - Attempted Trafficking in Counterfeit Goods)

On or about March 22, 2006, in the Northern District of California, the defendants,

XUE OU, and
GUO TAI WANG,

did intentionally attempt to traffic in goods, to wit; by possessing with intent to traffic counterfeit trademarked merchandise, each of which items was found in a Chevy van bearing California license plate number 7PO3191, and did knowingly use counterfeit marks on and in connection with such goods, to wit, "Burberry," "Christian Dior," and "Gucci," among others, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which marks was likely to cause confusion, and to cause mistake, as set forth in each of Counts Five through Twenty, below:

| COUNT | COUNTERFEIT ITEM |
|---|---|
| Five | Burberry Watch |
| Six | Chanel Handbag |
| Seven | Chanel Sunglasses |
| Eight | Christian Dior Sunglasses |
| Nine | Coach Wallet |
| Ten | Coach Handbag |

**INDICTMENT**                    2

| COUNT | COUNTERFEIT ITEM |
|---|---|
| Eleven | Fendi Wallet |
| Twelve | Gucci Sunglasses |
| Thirteen | Gucci Handbag |
| Fourteen | Louis Vuitton Towel |
| Fifteen | Louis Vuitton Wallet |
| Sixteen | Louis Vuitton Sunglasses |
| Seventeen | Hermes Tie |
| Eighteen | Omega Watch |
| Nineteen | Tiffany & Co. Jewelry |
| Twenty | Versace Sunglasses |

All in violation of Title 18, United States Code, Sections 2320(a) and 2.

COUNT TWENTY-ONE: (18 U.S.C. § 1956(a)(2)(A) - Laundering of Monetary Instruments)

On or about October 4, 2004, in the Northern District of California, the defendant,

XUE OU,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: by depositing $5,000.00 in currency which represented the proceeds of a specified unlawful activity, that is trafficking in counterfeit goods in violation of 18 U.S.C. § 2320(a), into a bank account at East-West Bank, and wire transferring $8,000.00 in funds to Industrial and Commercial Bank in Guangzhou, China, with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in counterfeit goods, knowing full well at the time that the funds involved in the financial transaction were the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

FORFEITURE ALLEGATION: (18 U.S.C. § 2320(b)(3)(A)(iii) - Criminal Forfeiture)

1. The allegations contained in Counts One through Twenty of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2320(b)(3)(A)(iii).

**INDICTMENT**　　　　　　　　　　　　　　　3

2. Upon conviction of any of the offenses alleged in Counts One through Twenty of this Indictment, the defendants,

XUE OU, and
GUO TAI WANG,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2320(b)(3)(A)(iii), any article that bears or consists of a counterfeit mark used in committing the offense, including but not limited to the counterfeit items seized on March 22, 2006 from a Chevy van bearing California license plate number 7PO3191.

DATED: 7/16/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA Susan Knight

**INDICTMENT**                                                                 4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 16 P 4: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CA. S.J.

**OFFENSE CHARGED**
Cts 1-4: 18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods; Cts 5-20: 18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Good Ct. 21: Int'l Money Laundering; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-FILING

**PENALTY:**
Cts 1-20: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment; Ct. 21: 20 years imprisonment, $500,000 or twice the value of the funds involved, 3 years supervised release, $100 special assessment

**DEFENDANT**
Xue Qu

**DISTRICT COURT NUMBER**
CR-08 00473 JF RS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ICE - SA Tony Gregory

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y  ☐ Defense   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **JOSEPH P. RUSSONIELLO**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Susan Knight

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
c/o Peter Leeming, Attorney at Law
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Date/Time: August 7, 2008 at 9:30am
Before Judge: Magistrate Judge Trumbull

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Counts 5-20: 18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Good; 18 U.S.C. § 2320(b)(3)(A) - Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-FILING

PENALTY:
Cts 5-20: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment; Criminal Forfeiture

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
ICE - SA Tony Gregory

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Susan Knight

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

---- DEFENDANT - U.S. ----

▶ Guo Tai Wang

2008 JUL 16 P 4:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

CR-08  00473   JF   RS

DEFENDANT

IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed   Month/Day/Year

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
c/o Mark Eibert, Attorney at Law
P.O. Box 1126
Half Moon Bay, CA 94019

Date/Time: August 7, 2008 at 9:30am

Before Judge: Magistrate Judge Trumbull

Comments: