JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00473 JF |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF INITIAL APPEARANCE AND ARRAIGNMENT |
|    v. | |
| GUO TAI WANG, | |
|    Defendant. | SAN JOSE VENUE |

The undersigned parties respectfully request that the initial appearance and arraignment in the above-captioned case be continued from August 14, 2008 to September 11, 2008 at 9:30 a.m. before the Honorable Richard Seeborg.  The reason for the continuance is to afford the parties an opportunity to try to reach a disposition prior to the defendant making his initial appearance and being arraigned on an indictment charging him with trafficking and attempted trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a).

SO STIPULATED:                     JOSEPH P. RUSSONIELLO
                                          United States Attorney

DATED: 8/12/08                            _____/s/_____
                                          SUSAN KNIGHT
                                          Assistant United States Attorney

1
2  DATED: 8/12/08                             /s/_____
3                                             MARK D. EIBERT
                                              Counsel for Mr. Wang
4
5      Accordingly, the Court HEREBY ORDERS that the initial appearance and arraignment in
6  United States v. Wang, CR 08-00473, is continued to September 11, 2008 at 9:30 a.m. before the
7  Honorable Judge Seeborg.
8  SO ORDERED.
9
10 DATED:_____                       _____
                                              PATRICIA V. TRUMBULL
11                                            United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28