Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Xue Yi Ou

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08-00473 JF [RS] |
| Plaintiff, | ) **DECLARATION OF COUNSEL AND** |
| vs. | ) **[PROPOSED]ORDER MODIFYING** |
| | ) **TERMS OF RELEASE FOR DEFENDANT** |
| XUE OU, et al   Defendants | ) **XUE OU** |

I, Peter A. Leeming, hereby declare as follows:

1. I am the attorney for defendant Xue Yi Ou. Ms. Ou appeared before this Court on 8/07/08, and was released on her own recognizance, with various conditions including that she not travel outside the Northern District of California.

2. Ms. Ou conferred with me following the court appearance. During our conversation, she explained that she needs to travel outside of the Northern District occasionally for business purposes. Specifically, she needs to travel to Stockton, California, once a week to obtain supplies for her

Declaration and Proposed Order modifying Release Conditions [Xue Ou]                               -1-

business, and once a month to the Los Angeles area for the same purpose.

    3.   I spoke to AUSA Susan Knight on August 7 and explained Ms. Ou's travel needs as outlined above. Ms. Knight told me she does not object to the proposed modification of Ms. Ou's travel restrictions, provided that Ms. Ou notifies US pretrial services of her location.

    4.   It is therefore requested that the court modify Ms. Ou's travel restriction to allow her to travel to Stockton weekly and Los Angeles monthly, as required for business purposes.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

```
Dated: 8/12/08            By:_____/S/_____
                                PETER A. LEEMING, attorney
                                for Xue Yi Ou
```

Declaration and Proposed Order modifying Release Conditions [Xue Ou]                    -2-

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Xue Ou, et al  Defendants | ) No. 08-00473 JF<br>)<br>) [XXXXXXXXX]**ORDER MODIFYING**<br>) **RELEASE CONDITIONS OF**<br>) **DEFENDANT XUE YI OU**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

　　For the reasons stated in the above Declaration of Counsel, the Court hereby modifies Ms. Ou's conditions of release, as follows:  Ms. Ou is permitted to travel weekly to Stockton, California and monthly to Los Angeles, California for business purposes, provided she notifies US Pretrial Services of her travel plans.

　　IT IS SO ORDERED.

　　Dated: August 20, 2008

_Patricia V. Trumbull_
U. S. Magistrate Judge

Declaration and Proposed Order modifying Release Conditions [Xue Ou]　　　　-3-