JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**E-FILED**

**FILED**

OCT 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>    Plaintiff,                 )<br>                               )<br>    v.                         )<br>                               )<br> GUO TAI WANG,                  )<br>                               )<br>    Defendant.                 )<br> _____) | No. CR 08-00473 JF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE DATE OF<br>INITIAL APPEARANCE AND<br>ARRAIGNMENT<br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the initial appearance and arraignment in the above-captioned case be continued from October 30, 2008 to December 4, 2008 at 9:30 a.m. before the Honorable Richard Seeborg. The reason for the continuance is to afford the parties an opportunity to try to reach a disposition prior to the defendant making his initial appearance and being arraigned on an indictment charging him with trafficking and attempted trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a).

SO STIPULATED:                     JOSEPH P. RUSSONIELLO
                                   United States Attorney

DATED: 10/28/08                    _____/s/_____
                                   SUSAN KNIGHT
                                   Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                                  1

|  |  |
|---|---|
| 1 | |
| 2 | DATED: 10/28/08 |

/s/
MARK D. EIBERT
Counsel for Mr. Wang

Accordingly, the Court HEREBY ORDERS that the initial appearance and arraignment in United States v. Wang, CR 08-00473, is continued from October 30, 2008 to December 4, 2008 at 9:30 a.m. before the Honorable Judge Seeborg.

SO ORDERED.

DATED: 10/29/08

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                              2