JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00473 JF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATE OF INITIAL APPEARANCE AND ARRAIGNMENT |
| v. | |
| GUO TAI WANG, | |
| Defendant. | SAN JOSE VENUE |

The undersigned parties respectfully request that the initial appearance and arraignment in the above-captioned case be continued from December 4, 2008 to January 15, 2009 at 9:30 a.m. before the Honorable Patricia V. Trumbull. The reason for the continuance is to afford the parties an opportunity to try to reach a disposition prior to the defendant making his initial appearance and being arraigned on an indictment charging him with trafficking and attempted trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a).

SO STIPULATED:                           JOSEPH P. RUSSONIELLO
                                         United States Attorney

DATED: 12/2/08                           _____/s/_____
                                         SUSAN KNIGHT
                                         Assistant United States Attorney

1
2 DATED: 12/2/08                                /s/
                                          MARK D. EIBERT
3                                         Counsel for Mr. Wang
4

5   Accordingly, the Court HEREBY ORDERS that the initial appearance and arraignment in
6 United States v. Wang, CR 08-00473, is continued from December 4, 2008 to January 15, 2009
7 at 9:30 a.m. before the Honorable Patricia V. Trumbull.
8 SO ORDERED.
9
10 DATED: 12/3/08
                                          RICHARD SEEBORG
11                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                                 2