| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00473 JF |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| GUO TAI WANG, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for February 11, 2009 be continued to March 11, 2009. The reason for the continuance is that the Court is unavailable for two weeks and Mr. Eibert will be unavailable for the next two Wednesdays in February. The parties anticipate that the defendant will enter a guilty plea at the next appearance. In addition, the parties jointly request an exclusion of time under the Speedy Trial Act from February 11, 2009 to March 11, 2009. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | DATED: 2/6/09 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 2/6/09 | _____/s/_____<br>MARK EIBERT<br>Counsel for Mr. Wang |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance scheduled for February 11, 2009 is continued to March 11, 2009 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from February 11, 2009 to March 11, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/6/09                               _____
                                             JEREMY FOGEL
                                             United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                                    2